# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JACOBI TEMPLE, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | )    No. 4:19-CV-01758 JAR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion for appointment of counsel. (Doc. No. 22). Petitioner states he has no legal expertise. Petitioner first requested appointment of counsel on December 26, 2019. (Doc. No. 16). His request was considered in light of relevant factors, see Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) and Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984), and denied without prejudice on January 6, 2020. (Doc. No. 21).

Upon consideration, the Court will deny Petitioner's latest request for appointment of counsel. The Court finds nothing in the record to cause it to reconsider its previous order denying Petitioner's motion for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Petitioner has demonstrated that he can adequately present his claims to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Appointment of Counsel [22]

is **DENIED** without prejudice.

Dated this 15th day of April, 2020.

                                                     _____
                                                     **JOHN A. ROSS**
                                                     **UNITED STATES DISTRICT JUDGE**